**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

YULANDA HILL                                                                                              PLAINTIFF

v.                                              NO. 5:12CV00016 JLH

CAROLYN WALKER, individually and in her
official capacity as an employee of the
ARKANSAS DEPARTMENT OF HUMAN SERVICES                                 DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered on January 18, 2013, judgment is entered in favor of Carolyn Walker and the Arkansas Department of Human Services. This action is dismissed with prejudice.

DATED this 18th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT